No. 512. AMEY v. COLEBROOK GUARANTY SAVINGS BANK ET AL. November 22, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second

Circuit denied. *Florence E. Moore* for petitioner. *Mr. John J. McDonald* for respondents.